# United States Court of Appeals
## For the First Circuit

No. 11-2042

KENNETH T. MALLEY,

Appellant,

v.

WARREN E. AGIN, Trustee,

Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 15, 2012, is amended as follows:

On the coversheet, replace "Jill Schafter" with "Jill Schafer"